# EXHIBIT A

Approved, SCAO

Original - Court
1st copy - Defendant

2nd copy - Plaintiff
3rd copy - Return

| STATE OF MICHIGAN<br>63rd JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY | SUMMONS | CASE NUMBER<br>26-12960-GC |
|---|---|---|

**Court address**
1950 E Beltline Ave NE Grand Rapids, MI 49525

**Court telephone number**
616-632-7770

| Plaintiff's name, address, and telephone number | | Defendant's name, address, and telephone number |
|---|---|---|
| Adam King<br>157 N Elm St<br>Sparta MI 49345<br>616-885-0109 | v | Midland Credit Management<br>PO Box 2121<br>Warren MI 48090<br>877-428-7999 |
| Plaintiff's attorney bar number, address, and telephone number | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☑ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☑ this court, ☐ ______________________ Court, where it was given case number 2025-D25C03454-GC and assigned to Judge Holz

The action ☐ remains ☑ is no longer pending.

Summons section completed by court clerk. **SUMMONS**

**NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|
| 6/25/2026 | 9/24/2026 | /s/ Danielle Castillo |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

**Summons** (3/23)

**Case Number** 26-12960-GC

## PROOF OF SERVICE

**TO PROCESS SERVER**: You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

## CERTIFICATE OF SERVICE / NONSERVICE

☐ I served ☐ personally ☐ by registered or certified mail, return receipt requested, and delivery restricted to the addressee (copy of return receipt attached) a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee<br>$ | Miles traveled | Fee<br>$ | |
|---|---|---|---|
| Incorrect address fee<br>$ | Miles traveled | Fee<br>$ | TOTAL FEE<br>$ |

Signature

Name (type or print)

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

_______________________________ on _______________________________.
Attachments (if any) Date and time

_______________________________ on behalf of _______________________________
Signature

_______________________________
Name (type or print)

STATE OF MICHIGAN
IN THE 63RD DISTRICT COURT
COURT ADDRESS: 1950 E BELTLINE AVE NE, GRAND RAPIDS MI 49525
COURT PHONE NUMBER 616-632-7776

| | |
|---|---|
| ADAM KING,<br><br>Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT,<br><br>Defendant | Case No.: 26-12960-GC<br><br>COMPLAINT |

Now comes Adam King, plaintiff in the above titled case, in prayer for relief of violations of the Fair Debt Collection Practices Act and for breach of contract against defendant Midland Credit Management.

**VIOLATIONS OF FAIR DEBT COLLECTION PRACTICES ACT**

1. This action arises out of a case number 2025-D25C03454-GC adjudicated in this court and is no longer pending.
2. Since the defendant originally filed action in this court and the plaintiff still resides within the jurisdiction of this court, venue is appropriate.
3. On or about June 23, 2025, plaintiff sent documents to the defendant settling the claim in the above titled case. A consent judgement was issued by this court on or about July 2, 2025 and is attached as Exhibit E along with other documents received from the defendant.
4. Defendant reviewed the documents and returned signed copies to the plaintiff on or about June 26, 2025, copies of documents received are attached as Exhibit E.
5. All payments were made pursuant to the consent judgment issued by this court. Listing of payments is indicated on the bank statements listed in Exhibit A. Printed pages 2 through 4 of Exhibit A are intentionally omitted as unrelated to this action. All other redactions are unrelated to this action or protect personally sensitive information.
6. Letter demanding resolution attached as Exhibit B was sent on or about June 15, 2026 received on or about June 18th, 2026 and went unanswered for 7 calendar days after receipt. Proof of mailing and receipt attached as Exhibit C.

7. Defendant provided all payments by electronic bank transfer. Upon information and belief, payments issued by electronic bank transfer are sent to the payee's bank within 1 business day.

8. The final payment was issued to the defendant on May 28, 2026. Supporting documentation attached as to all payments sent to the defendant.

9. As of June 12, 2026 the final payment was not credited to the account and marked as past due as indicated from a statement printed on the defendant's website and marked Exhibit C. Defendant's website states that payments are credited within 1 week of the receipt of the payment. This statement is noted in Exhibit C and marked for the review of all parties.

10. As of the date of this filing, the plaintiff's website still indicated that a balance is due in violation of the consent judgement order and the Fair Debt Collection Practices Act 21 U.S.C 808 (1).

**BREACH OF CONTRACT**

11. The consent judgement entered on or about June 26, 2025 constitutes offer, acceptance, and performance of actions by both parties with permission of the court. This constitutes a de facto agreement and contract as to both parties under MCL 440.1201(c and I) and enshrined in case law as it relates to consent judgements by the Michigan Appeals Court in *Clohset v. No Name Corp* 296 Mich App 525(2012).

12. By not crediting the payment as on-time and reflected in the balance, the defendant is breaching the contract that was entered into when executed on or about June 26, 2025.

13. By marking the last payment as "past due", the defendant is attempting to collect an amount greater than agreed upon in the identified consent judgement.

14. Defendant is in breach of contract under the terms of MCL 600.5807 et seq. for mischaracterizing the amount of the account balance and for failure to credit the last payment as timely. These are actions stated on their own documents attached as Exhibits C and D. Plaintiff alleges that additional financial damage can result.

15. Plaintiff has performed all required duties as required under this contract.

## RELIEF SOUGHT

WHEREFORE, the above allegations constitute a breach of contract and multiple violations of the Fair Debt Collection Practices Act 21 U.S.C 808 et seq. It is clear that defendant does not act in good faith and the plaintiff prays the following relief:

1. Statutory damages for violation of the Fair Debt Collection Practices Act 21 U,S.C. 808 et seq.:
    a. $1000.00 for attempting to collect amounts in excess of the consent judgment order. (21 U.S.C. 808(1))
    b. $1000.00 for misrepresenting a payment as past due that were made in a timely manner. (21 U.S.C. 807 (2(A)))
2. For the allegation of breach of contract:
    a. Vacate the consent judgement of case number 2025-D25C03454-GC and dismiss case number 2025-D25C03454-GC with prejudice. Relief from judgement is authorized under MCR 2.612(C(1(c))) due to negligence. Plaintiff alleges that the defendant will not act in good faith in the future.
    b. Liquidated damages of $1255.10 in restitution for the invalidated contract under sub-paragraph (a) of this paragraph.
3. Order to the defendant that this account is removed with all credit bureaus and Lexus Nexus.
4. Defendant pays all court costs.
5. Post-judgement statutory interest. (M.C.L. Sections 600.6013 and 600.6455)

Signed and dated this 25th day of June 2026.

Adam King, Plaintiff Pro se
157 North Elm St
Sparta MI 49345
adam.king49345@gmail.com
616-885-0109

Exhibit A
Pg 1 of 4
Redactions are unrelated transactions
Removed Pages 2-4 as intentionally
Unrelated transactions

cftpay.com
Crossroads Financial Technologies

Adam King
157 N Elm St
Sparta, MI
49345

DIRECT ALL ACCOUNT INQUIRIES TO:

**Crossroads Financial Technologies**
**2975 Regent Blvd, Suite 100**
**Lockbox Services 208677**
**Irving, TX 75063**
**Phone Number 1-888-348-4543**
**Operation hours 5:00 AM – 4:00 PM PST**

**SUMMARY OF ACTIVITY**

| | |
|---|---|
| STATEMENT PERIOD | 08/21/23 - 06/16/26 |
| ACCOUNT OPEN DATE | August 21,2023 |
| DEPOSITS/CREDITS | $21134.68 |
| PAYMENTS/DEBITS | $20363.04 |
| STATEMENT BALANCE ON 06/16 | $771.64 |

**TRANSACTION ACTIVITY FOR THIS PERIOD**

| DATE | TRANSACTION DESCRIPTION | DEPOSITS/CREDITS | DEBITS | ACCOUNT BALANCE |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

Exhibit A Pg 2 of 4
Deductions are unrelated transactions

| | | | | |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 06/27/25 | ACH Payment to creditor Midland Credit Management - Legal ACH | 0 | 100.00 | 349.02 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 07/29/25 | ACH Payment to creditor Midland Credit Management - Legal ACH | 0 | 100.00 | 179.51 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 08/29/25 | ACH Payment to creditor Midland Credit Management - Legal ACH | 0 | 100.00 | 8700.00 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 09/29/25 | ACH Payment to creditor Midland Credit Management - Legal ACH | 0 | 100.00 | 8181.91 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

Exhibit A pg. 3 of 6

Redactions are unrelated transactions

| | | | | |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 10/29/25 | ACH Payment to creditor Midland Credit Management - Legal ACH | 0 | 100.00 | 2289.40 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 11/28/25 | Payment to creditor Midland Credit Management - Legal ACH | 0 | 100.00 | 2038.21 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 12/29/25 | Payment to creditor Midland Credit Management - Legal ACH | [redacted] | 100.00 | 1767.02 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 01/29/26 | Payment to creditor Midland Credit Management - Legal ACH | [redacted] | 100.00 | 1505.83 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 02/26/26 | Payment to creditor Midland Credit Management - Legal ACH | [redacted] | 100.00 | 1254.60 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

Exhibit A Pg. 4 of 4
Redactions not part of this Action

| | | | | |
|---|---|---|---|---|
| 03/27/26 | Payment to creditor Midland Credit Management - Legal ACH | 0 | 100.00 | 1119.12 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 04/29/26 | Payment to creditor Midland Credit Management - Legal ACH | 0 | 100.00 | 1063.86 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 05/28/26 | Payment to creditor Midland Credit Management - Legal ACH | 0 | 155.10 | 784.10 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

## SUMMARY OF RETURNED ITEM FEES

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL RETURNED ITEM FEES | $0 | $0 |

NOTE: *Examine this statement carefully and report any irregularities. To check the current status of any payment shown as "In-Transit", please visit www.cftpay.com.*

## IMPORTANT ACCOUNT INFORMATION

In case of errors or questions about your statement, electronic transactions on your statement, contact us directly at (888) 348 – 4543 or send us an e-mail at support@cftpay.com or write us at Crossroads Financial Technologies, 2975 Regent Blvd, Suite 100 Lockbox Services 208677 Irving, TX 75063. Our support staff is available to answer your questions Monday through Friday, from 5:00am to 4:00pm PST.

If you feel your statement is wrong or more information is needed about a transaction listed on the statement, we must hear from you no later than sixty (60) days after we sent the FIRST statement on which the alleged problem or error appeared

1. Tell us your name and account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Exhibit B Pg 1 of 2

Adam King
157 N Elm St
Sparta, MI 49345
616-885-0109

June 15, 2026

MIDLAND CREDIT MANAGEMENT
VIOLET OSKO
PO BOX 2121
WARREN MI 48090

**CIVIL DEMAND NOTICE**
**63rd District Court Case D25C03454-GC MCM Account 25-84777**

Dear Violet-

I am writing to inform you that your organization is in violation of the Fair Debt Collection Practices act for failing to timely credit payments and adjust the balance of this account accordingly.

**I DEMAND YOU HEREBY:**

1. **Note the account with a $0.00 balance**
2. **Credit the payment issued to MCM on 5/28/26**
3. **File a satisfaction of judgement notice with the court**
4. **Issue payment in the amount of two thousand dollars and zero cents ($2,000.00) in damages as authorized under the FDCPA.**

**YOU HAVE 7 CALENDAR DAYS AFTER RECEIVING THIS LETTER TO ACT, DEFENDANT KING WILL PRESERVE HIS RIGHTS BY FILINGS WITH THE COURT AFTER THIS DATE. EXTENSIONS OF THIS DATE WILL NOT BE TOLERATED.**

You all played hardball illegally, and I will hold you accountable.

Sincerely,

Adam King

Exhibit B pg 12 of 12

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MIDLAND CREDIT MANAGEMENT
PO BOX 2121
Attn: VIOLET OSEO
WARREN MI 48090

9590 9402 8103 2349 3084 72

2. Article Number (Transfer from service label)

9589 0710 5270 1135 1782 03

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature ☒ Agent ☐ Addressee

X

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

---

9589 0710 5270 1135 1782 03

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Warren, MI 48090

| | |
|---|---|
| Certified Mail Fee | $5.30 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $0.78 |
| Total Postage and Fees | $10.48 |

Postmark Here: SPARTA MI 49345 — 0345 10 — 15 2026 — 06/15/2026

Sent To: MIDLAND CREDIT MANAGEMENT
Street and Apt. No., or PO Box No.: PO BOX 2121
City, State, ZIP+4®: WARREN MI 48090

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

Exhibit C pg 1 of 2

**Welcome, Adam**

CREDIT ONE BANK, N.... 327279568

Your account has been placed in legal collections.

Message center Go Paperless! I agree to receive account-related disclosures and communications electronically and confirm that my email account is not provided by my employer. For more details, view e-sign statements and disclosure.

**Current balance**[1] **$262.04** * More than owed

Legal collections account number **0**

Legal status **Under Review**

Show Details

## Current Payment Plan

Edit Method

| | | | |
|---|---|---|---|
| 09/30/2025 | $100.00 | - | PAID |
| 10/31/2025 | $100.00 | - | PAID |
| 11/30/2025 | $100.00 | - | PAID |
| 12/31/2025 | $100.00 | - | PAID |
| 01/31/2026 | $100.00 | - | PAID |
| 02/28/2026 | $100.00 | - | PAID |
| 03/31/2026 | $100.00 | - | PAID |
| 04/30/2026 | $100.00 | - | PAID |
| * 05/31/2026 | $155.10 | — Made on time | Past Due * |

Edits to your payment plan cannot be made at this time. For assistance, please chat with us or call the phone number at the bottom of the page.

Please understand that this is a communication from a debt collector. This is an attempt to collect debt. Any information obtained will be used for that purpose.

Make a one-time payment

A fast and easy way to make a single payment on your account.

## Payment Overview

**Your Remaining Balance** *

You have a remaining balance of $262.04.

**Upcoming Payments**

You don't have any upcoming payments scheduled.

**View Transaction History**[2]

2wks after Pmt.

[1]Recent activity from the law firm servicing your account and payments made directly to MCM may take about a week to be processed and reflected in your account balance.

[2]Payments shown are for approved transactions. Please call 1-877-382-5553, if you have any questions.

We are not obliged to renew any offers.

Please understand that this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Exhibit C Page 2

**Welcome, Adam**

CREDIT ONE BANK, N.... 327279568

Your account has been placed in legal collections.

Message center ☐ **Go Paperless!** I agree to receive account-related disclosures and communications electronically and confirm that my email account is not provided by my employer. For more details, view e-sign statements and disclosure.

**Current balance[1] $262.27** ← Attempting to collect more than owed

Legal collections account number **0**

Legal status **Under Review**

Show Details

## Current Payment Plan

Edit Method

| | | | |
|---|---|---|---|
| 10/31/2025 | $100.00 | - | PAID |
| 11/30/2025 | $100.00 | - | PAID |
| 12/31/2025 | $100.00 | - | PAID |
| 01/31/2026 | $100.00 | - | PAID |
| 02/28/2026 | $100.00 | - | PAID |
| 03/31/2026 | $100.00 | - | PAID |
| 04/30/2026 | $100.00 | - | PAID |
| 05/31/2026 | $155.10 | - | Past Due |

Payment was on time

Edits to your payment plan cannot be made at this time. For assistance, please chat with us or call the phone number at the bottom of the page.

Please understand that this is a communication from a debt collector. This is an attempt to collect debt. Any information obtained will be used for that purpose.

Make a one-time payment

A fast and easy way to make a single payment on your account.

## Payment Overview

**Your Remaining Balance**

You have a remaining balance of $262.27.

**Upcoming Payments**

You don't have any upcoming payments scheduled.

**View Transaction History[2]**

Its been almost 4 weeks

[1]Recent activity from the law firm servicing your account and payments made directly to MCM may take about a week to be processed and reflected in your account balance.

[2]Payments shown are for approved transactions. Please call 1-877-382-5553, if you have any questions. → Balance showing is more than approved

We are not obliged to renew any offers.

Please understand that this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Midland Credit Management

Hours of Operation
M – Fri: 8:00am – 7:30pm EST
Sat: Closed
Sun: Closed

Payment Plan Arrangement

ACTION REQUIRED

0000 0000

Exhibit E
Pg 1 of 3

**Account Summary:**

**Original Creditor:** CREDIT ONE BANK, N.A.
**Original Account Number:** XXXXXXXXXXXX5048
**Current Owner:** Midland Credit Management, Inc.
**Current Servicer:** Midland Credit Management, Inc.
**Legal Collections Account No:** 25-84777

06/23/2025

RE: Midland Credit Management, Inc. v. ADAM KING et al.
Court File Number: D25C03454GC

Dear Adam King,

Congratulations on taking the first step to resolve your account(s). However, additional action is required.

This letter confirms your payment arrangement. **If you do not sign and return the enclosed agreement on the following page(s), we may pursue additional legal action.**

If you default on your payment plan, this agreement will be void and further legal collections activities may follow. As a result, you may owe more than your current balance, which is $1,476.59.

Should you have any questions regarding your payment plan or for further information, please don't hesitate to call me at (877) 428-7999.

Sincerely,

Boris Salamakhin

Boris Salamakhin, Group Manager

**Important - You MUST Respond**

On the following page(s) you will find your enclosed agreement.

Return the signed agreement promptly so we can resolve the pending litigation. Please do not alter this form in any manner.

Step 1) Please review the enclosed agreement

Step 2) Sign the agreement

Step 3) Return the signed agreement by:

- **Email:** Scan the signed agreement as a PDF (do not save in any other format) and send to LegalAgreements@mcmcg.com* with the subject line of 25-84777 TX STP2
- **Mail:** Send the signed agreement to Midland Credit Management, Inc. P.O. Box 2039 Warren, MI 48090-2039

*** This is an automated inbox. Any other communications to the box will not be processed. Any attachment other than a scanned PDF, such as a photograph, may also be rejected.**

Payment Due: **$100.00**

Payment Due Date: **06/30/2025**

Agreed Upon Balance: **$1,255.10**

**Plan Details:**

On 06/17/2025 you agreed to the following:

Initial Payment $100.00 by Personal Check due on 06/30/2025. Recurring Payments 10 Monthly payments, on the last day of every month, of $100.00 by Personal Check, beginning on 07/31/2025. Final Payment $155.10 by Personal Check due on 05/31/2026.

This agreement will resolve your account(s).

This agreement supersedes any other payment plan agreements which may have been agreed to in the past.

We are not obligated to renew any offers provided.

MidlandCredit.com | (877) 428-7999 | Midland Credit Management, Inc. P.O. Box 2039 Warren, MI 48090-2039

PAY_U10

Please See Reverse Side For Important Disclosure Information

Midland Credit Management
350 Camino De La Reina
Suite 100
San Diego, CA 92108
**(877) 428-7999**

Make your checks payable to: Midland Credit Management, Inc.

**Payment Certificate**

**Payment Information**

| | |
|---|---|
| **Payment Due:** | **$100.00** |
| **Payment Due Date:** | **06/30/2025** |

Amount Enclosed $

25-84777

Adam King
C/O Beyond Finance
PO Box 660442
Dallas, TX 75266

PAY_U10

000000003660206000100000630250001476591719

Important Disclosure Information:

Please understand this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

**Calls to and/or from this company may be monitored or recorded.**

**Important Contact Information**

| Send Payments to: | Send disputes or an instrument tendered as full satisfaction of a debt to: | Physical Payments for Colorado Residents: |
|---|---|---|
| P.O. Box 2039<br>Warren, MI 48090-2039 | Attn: Consumer Support Services<br>P.O. Box 2121<br>Warren, MI 48090<br>You may also call: (877) 428-7999 | Colorado Manager, Inc.<br>1375 Ken Pratt Blvd., Suite 300A<br>Longmont, CO 80501<br>Phone (303) 920-4763 |

Exhibit E
Pg 2 of 3

**We are required under state law to notify consumers of the following additional rights. This list does not contain a complete list of the rights consumers have under applicable law:**

**NMLS ID: 934164**

**IF YOU LIVE IN CALIFORNIA, THIS APPLIES TO YOU:** California Debt Collection License #10644-99.

**IF YOU LIVE IN MASSACHUSETTS, THIS APPLIES TO YOU: NOTICE OF IMPORTANT RIGHTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to MCM.

**IF YOU LIVE IN TENNESSEE, THIS APPLIES TO YOU:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

ILB01

**P.O. Box 2121**
**Warren, MI 48090**

Exhibit E
Pg 3 of 3

STATE OF MICHIGAN
IN THE 63RD DISTRICT COURT

| | |
|---|---|
| MIDLAND CREDIT MANAGEMENT, INC. Plaintiff, vs ADAM KING Defendant. | Case No: D25C03454GC |

CONSENT JUDGMENT

The undersigned Parties agree Plaintiff is granted Judgment against the Defendant, ADAM KING, in the amounts of $1,476.59, plus court costs, and post judgment interest at the statutory rate ("Total Claim") Plaintiff waives any claim for pre-judgment interest or attorney's fees.

Defendant agrees to pay $1,255.10 ("Settlement Amount") as follows:

Initial Payment of $100.00, due on 06/30/2025.Recurring Payments of 10 Monthly payments, on the last day of every month, of $100.00, beginning 07/31/2025.Final Payment of $155.10, due on 05/31/2026.

All payments must be made timely in accordance with the due dates provided in this agreement. In the event payments are not made timely, or if a payment instrument is returned unpaid for any reason, Plaintiff may enforce the judgment for the Total Claim, less credits for any payments made under this agreement. Any payment greater than the amount due, will be applied to the outstanding balance of the Settlement Amount, but, does not excuse or relieve Defendant's obligation to continue to make timely payments in accordance with the due tated in this agreement until the Settlement Amount is paid in full.

Upon payment of the entire Settlement Amount, Plaintiff will release Defendant from all causes of action and claims that Plaintiff could assert in the above captioned matter. Similarly, by entering into this agreement, Defendant releases Plaintiff (including its related companies) from all causes of action, or other claims, known or unknown.

Defendant can make payment on www.midlandcredit.com or by mail made payable to:

Midland Credit Management, Inc.
P.O. BOX 2121 WARREN, MI 48090

This resolves the last pending matter and closes the case.

Executed Contract

By: _________ Date: 7/1/25
☑ ELIZABETH SMITH P63010 / ☐ ANDREW PERRY P69402
☐ DAVID PICARDAT P83599 / ☐ STEPHANIE PETTWAY P64543
☐ CARRIE D TAYLOR P66922 / ☐ OMAR NAJOR P58066
*Attorneys for Plaintiff*
P.O. BOX 2121
WARREN, MI 48090
(877) 428-7999

By: _________ Date: 6/26/2025
ADAM KING
157 N Elm St
SPARTA MI 49345

IT IS SO ORDERED.

Date: _______________

Judge /s/ Daniel J. O'Hara
July 2, 2025

District Court of ... State of Michigan

GL 0405G File No 25-84777 STP2

King, Adam
157 N Elm St
Sparta mi 49345

CERTIFIED MAIL®

9589 0710 5270 2726 2905 57

CPU

U.S. POSTAGE
$12.14
FCMF RDC
Orig: 49546
Dest: 48083
06/26/26
2000051993
S2324K505036

Midland Credit Management
c/o Midland Funding LLC
320 E. Big Beaver Rd Suite 300
Troy mi 48083

MI lit
deliver